[No. 73026-6-I. Division One. May 31, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON MAURICE BENSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-06518-3, LeRoy McCullough, J., entered January 16, 2015. *Affirmed* by unpublished opinion per Cox, J., concurred in by Schindler and Dwyer, JJ.

[No. 73459-8-I. Division One. May 31, 2016.]

DONALD BURDICK ET AL., *Appellants*, v. ROSENTHAL COLLINS GROUP, LLC, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-28409-1, Douglass A. North, J., entered May 1, 2015. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Cox and Schindler, JJ.

[No. 46325-3-II. Division Two. June 1, 2016.]

*In the Matter of the Detention of* T.C.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-6-00448-6, Diana L. Kiesel, J. Pro Tem., entered May 20, 2014. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Worswick and Lee, JJ.

[No. 46638-4-II. Division Two. June 1, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. COLE TAYLOR RIFE, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 14-1-00225-9, Richard L. Brosey, J., entered August 27, 2014. *Affirmed in part* and *remanded* by unpublished opinion per Worswick, J., concurred in by Lee and Melnick, JJ.